UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONTAE BENNETT,

                         Plaintiff,

               -against-

CORRECTIONAL HEALTH SERVICES; MS. PORTER; NYC DEPT OF CORRECTIONS; CAPTAIN TOLIVER,

                         Defendants.

23-CV-3216 (VSB)

**ORDER**

---

VERNON S. BRODERICK, United States District Judge:

      On December 5, 2023, I directed Defendants to mail Plaintiff Dontae Bennett copies of the medical releases necessary for them to fully investigate his claims by December 8, 2023. (Doc. 19.) I further ordered Plaintiff to return signed copies of the medical releases to Defendants by January 5, 2024. Accordingly, it is hereby:

      ORDERED that, by January 15, 2024, Defendants shall file a letter demonstrating their compliance with my Order of December 5, 2023, and advising whether Plaintiff has returned signed copies of the above-referenced medical releases.

SO ORDERED.

Dated:    January 8, 2024
            New York, New York

                                                              _____
                                                               VERNON S. BRODERICK
                                                               United States District Judge